No. 94–1216. GILLE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–1223. BROOKMAN v. RUBIN, SECRETARY OF THE TREASURY. C. A. 7th Cir. Certiorari denied.

No. 94–1226. FLEMING FOODS OF ALABAMA, INC. v. ALABAMA DEPARTMENT OF REVENUE. Sup. Ct. Ala. Certiorari denied.

No. 94–1240. WHITTLESEY v. OFFICE OF HEARINGS AND APPEALS, SOCIAL SECURITY ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 94–1245. BEVACQUA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–1258. NATIONAL POSTAL MAIL HANDLERS UNION, A DIVISION OF LIUNA, DBA MAIL HANDLERS BENEFITS PLAN v. GOEPEL ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–1267. PREVETIRE v. WEYHER/LIVSEY CONSTRUCTORS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–1278. F. SCHUMACHER & CO. v. ALVORD-POLK, INC., ET AL.; and
No. 94–1363. NATIONAL DECORATING PRODUCTS ASSN., INC. v. ALVORD-POLK, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–1300. GUIDRY v. SHEET METAL WORKERS' NATIONAL PENSION FUND ET AL.; and
No. 94–1452. SHEET METAL WORKERS' INTERNATIONAL ASSN., LOCAL 9 v. GUIDRY. C. A. 10th Cir. Certiorari denied.

No. 94–1309. HUFNAGEL v. MEDICAL BOARD OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–1348. THOMPSON ET AL. v. BOGGS ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1368. FIDELITY & CASUALTY COMPANY OF NEW YORK v. SAMPSELL. Ct. App. La., 4th Cir. Certiorari denied.